IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH SIMPSON, | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-00481 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Griffin |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Elizabeth Simpson's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 9), filed with a Brief in Support (Doc. No. 10). Defendant Commissioner of Social Security filed a Response (Doc. No. 11), to which Plaintiff filed a Reply (Doc. No. 12). Defendant then filed a Sur-reply. (Doc. No. 15.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be granted to the extent that the action be remanded to the Administrative Law Judge ("ALJ"). (Doc. No. 16 at 36.) The Report was filed on August 16, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 37.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion, as outlined in the Report, and **REMANDS** the case to the ALJ to properly determine whether Plaintiff is capable of performing her past relevant work. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ____ day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT